**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-1924**

───────────

JEROME GARCIA,

        Plaintiff - Appellant,

    v.

A. K. ENZOR, State Trooper; WILLIE MCCAULEY, JR., SC Trooper,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:21-cv-01359-MGL)

───────────

Submitted:  March 28, 2024                          Decided:  April 1, 2024

───────────

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Jerome Garcia, Appellant Pro Se.  Andrew Lindemann, LINDEMANN LAW FIRM, P.A., Columbia, South Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Garcia appeals the district court's order accepting the recommendation of the magistrate judge in part, granting Defendants' motion for summary judgment on Garcia's amended 42 U.S.C. § 1983 complaint, dismissing the illegal search claim with prejudice, and dismissing the false arrest and imprisonment claims without prejudice pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994).  We have reviewed the record and find no reversible error.  Accordingly, we deny Garcia's motion to remand and affirm the district court's judgment.  *Garcia v. Enzor*, No. 3:21-cv-01359-MGL (D.S.C. Aug. 25, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*